1012

In the Matter of RACHEL FULMER, Appellant, v MICHAEL BUXEN-BAUM, JR., Respondent.

Submitted June 18, 2012; decided September 11, 2012

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying appellant's motion to strike respondent's brief in that Court, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.

FUNDAMENTAL LONG TERM CARE HOLDINGS, LLC, et al., Appellants/Counterclaim-Defendants-Appellants, v CAMME-BY'S FUNDING LLC et al., Respondents/Counterclaim-Plaintiffs-Respondents.

Submitted June 11, 2012; decided September 11, 2012

Motion for leave to appeal granted. Motion for a stay granted.

KOWANNA GROOM, Respondent, v SAGAMORE REALTY, LLC, et al., Appellants.

Submitted June 11, 2012; decided September 11, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.